SERRALLÉS, PLAINTIFF AND APPELLANT, *v.* BENEDICTO, TREAS-
URER OF PORTO RICO, DEFENDANT AND APPELLEE.

## APPEALS from the District Court of San Juan in Actions for the Refund of Taxes.

Nos. 2604, 2605 and 2607.—Decided March 17, 1922.

Decided on the grounds of the opinion delivered in the case of *Serrallés* v. *Bene-
dicto, Treasurer of Porto Rico, ante,* page 220.

*Messrs. Texidor* and *De la Haba* for the appellant.
*The Attorney General, Mr. Carlos Llauger* and *Mr. R. H.
Todd, Jr.,* for the appellee.

> *Reversed and remanded.*

Chief Justice Del Toro and Justices Wolf, Aldrey and
Hutchison concurred.

---

NEWMAN, PLAINTIFF AND APPELLANT, *v.* BENEDICTO, TREASURER
OF PORTO RICO, DEFENDANT AND APPELLEE.

## APPEAL from the District Court of San Juan in an Action for Refund of Taxes.

No. 2606.—Decided March 17, 1922.

Decided on the grounds of the opinion delivered in the case of *Serrallés* v. *Bene-
dicto, Treasurer of Porto Rico, ante,* page 220.

*Messrs. Texidor* and *De la Haba* for the appellant.
*The Attorney General, Mr. Carlos Llaugier* and *Mr. R.
H. Todd, Jr.,* for the appellee.

> *Reversed and remanded.*

Chief Justice Del Toro and Justices Wolf, Aldrey and
Hutchison concurred.